**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NTUMBA TSHIHAMBA, | |
| Plaintiff, | Case No. 25-cv-3116 (JMC) |
| v. | |
| YAZAM INC. d/b/a EMPOWER, | |
| Defendant. | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Empower's motion to dismiss, ECF 7, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: June 30, 2026

1